**Law Office of**
**ARTHUR SANDERS, ESQ.**
**2 Perlman Drive – Suite 301**
**Spring Valley, New York 10977-5230**
**845-352-7272**
**FAX: 845-352-8131**

July 1, 2004

Michael Innelli, Case Manager
Chambers of Honorable Frederick Block
U S District Court Judge
225 Cadman Plaza East
Brooklyn NY 11201

**Re: Nathan Katz, on behalf of himself and all others similarly situated vs. MRS Associates, Inc.**
**Docket No. CV-02-6082**

Dear Mr. Innelli:

Please be advised that this office has agreed to an amended briefing schedule for defendant's dismissal motion. The amended briefing schedule is as follows:

1. Defendant's motion to dismiss to be served By July 28, 2004;
2. Plaintiff's opposition to be served by August 23, 2004;
3. Defendant's reply to be served by September 13, 2004.

Kindly note your records accordingly.

Sincerely,

ARTHUR SANDERS
AS:mc

cc: Katz & Kleinman, PLLC